1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          Case No.  23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
                                          /    **ORDER RELATING CASES**
10

11   This Order Relates To:

12   23-cv-04372-AMO

13   23-cv-04385-AMO

14   23-cv-03966-AMO

15   23-cv-04393-JST

16   23-cv-04388-JSW

17   23-cv-04010-JD

18   23-cv-04011-MMC

19   23-cv-04008-JD

20   23-cv-04371-JD

21   23-cv-04387-VC

22   23-cv-03807-VC

23   23-cv-04014-JD

24   23-cv-03973-CRB

25   23-cv-04373-CRB

26   23-cv-04369-AGT

27    23-cv-04368-JSW

28   23-cv-04365-VC

United States District Court
Northern District of California

1    23-cv-04366-AGT

2    23-cv-03811-JSW

3    23-cv-03816-JSW

4    23-cv-04370-JD

5          Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds

6    that the above-captioned cases are related to <u>In re: Uber Technologies, Inc., Passenger</u>

7    <u>Sexual Assault Litigation</u>, Case No. 23-md-3084.  Accordingly, the above-captioned cases

8    shall be reassigned to this Court.

9

10         **IT IS SO ORDERED.**

11         Dated: October 20, 2023          _____

12                                          CHARLES R. BREYER
                                            United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2